```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA

                     Alexandria Division
```

_____
                              )
OTHENTEC, LIMITED, et al.,    )
                              )
          Plaintiffs,         )
                              )
v.                            )     Civil Action No. 06-0186
                              )
JEFFREY PHELAN, et al.,       )
                              )
          Defendants.         )
_____)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that:

(1) Plaintiffs' Motion to Strike is DENIED;

(2) Plaintiffs' Motion to Dismiss is GRANTED in part and DENIED in part, in that all counts of Defendants' Counterclaim and Third-party Complaint, except for Count 9, Count 11, and Count 12, are DISMISSED as to Plaintiffs;

(3) Third-party Defendant Lonny McClung's (McClung) Motion to Strike is GRANTED and Defendants' Counterclaim and Third-party Complaint is DISMISSED as to McClung;

(4) Third-party Defendant Ronald Doeve's (Doeve) Motion to Strike is GRANTED and Defendants' Counterclaim and Third-party Complaint is DISMISSED as to Doeve;

(5) Third-party Defendant Doeve's Motion to Dismiss is DENIED as moot;

(6) Third-party Defendants Jerry Nims (Nims) and Orasee Corp.'s (Orasee) Motion to Strike is GRANTED and Defendants' Counterclaim and Third-party Complaint is DISMISSED as to Nims and Orasee;

(7) Third-party Defendants Nims and Orasee's Motion to Dismiss is DENIED as moot, and

(8) Defendants shall have fourteen (14) days to file an Amended Counterclaim and/or Amended Third-party Complaint.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 19, 2006